# Third District Court of Appeal

## State of Florida

Opinion filed February 9, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1870
Lower Tribunal No. 13-2544

————————

**Keith Corsbie,**
Appellant,

vs.

**Dianne Corsbie,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Celeste Hardee Muir, Judge.

Day Pitney LLP, and Mark A. Romance, for appellant.

Gordon & Rees Scully Mansukhani, and David M. Gersten and Eric R. Thompson; William S. Pollak, P.A., and William S. Pollak, for appellee.

Before EMAS, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.  See DeVaughn v. Devaughn, 840 So. 2d 1128 (Fla. 5th DCA 2003) (noting: "The appointment of a personal representative for an intestate estate is a discretionary act of the probate courts").  See also §§ 734.102, 733.304, 733.301(1)(b), Fla. Stat. (2020).